### 13370.   HOME GUANO COMPANY *v.* WIMBERLEY.

BLOODWORTH, J.   The court did not err in directing a verdict for the claimant nor in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED OCTOBER 5, 1922.

Levy and claim; from city court of Bainbridge — Judge Spooner.   February 6, 1922.

*H. G. Bell,* for plaintiff.   *G. G. Bower,* contra.

---

### 13544.   THOMAS *et al. v.* COLLINS.

BLOODWORTH, J.   Under the facts of this case as shown by the record, the court erred in directing a verdict for the plaintiff.

*Judgment reversed. Broyles, C. J., and Luke, J., concur.*

DECIDED OCTOBER 5, 1922.

Distraint; from city court of Dublin — Judge Sturgis.   April 14, 1922.

*Hal B. Wimberly,* for plaintiffs in error.